

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Real Parties' Motion to Extend Time to File Motion for Rehearing is GRANTED. The motion for rehearing must be filed no later than February 6, 2015.

It is so **ORDERED** on January 21st, 2015.        PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.